## Case Information

CC-18-06429-C | BHUMI JARIWALA, CHANDNI VIHAN, MANISH JARIWALA vs. BMW OF NORTH AMERICA, LLC, RHIMA INVESTMENTS, INC., D/B/A E-CARONE

| | | |
|---|---|---|
| **Case Number** <br> CC-18-06429-C <br> **File Date** <br> 11/19/2018 | **Court** <br> County Court at Law No. 3 <br> **Case Type** <br> DAMAGES (NON COLLISION) | **Judicial Officer** <br> MONTGOMERY, SALLY <br> **Case Status** <br> OPEN |

## Party

**PLAINTIFF** <br>
JARIWALA, BHUMI

Active Attorneys ▼ <br>
Lead Attorney <br>
QUDSI, OBAIR A <br>
Retained

**PLAINTIFF** <br>
VIHAN, CHANDNI

Active Attorneys ▼ <br>
Lead Attorney <br>
QUDSI, OBAIR A <br>
Retained

**PLAINTIFF** <br>
JARIWALA, MANISH

Active Attorneys ▼ <br>
Lead Attorney <br>
QUDSI, OBAIR A <br>
Retained

**DEFENDANT** <br>
BMW OF NORTH AMERICA, LLC

Active Attorneys ▼ <br>
Lead Attorney


EXHIBIT B

Address                                                                                      MYERS, J. MICHAEL
REG AGENT: CT CORPORATION SYSTEM                                                             Retained
1999 BRYAN ST., STE 900
DALLAS TX 75201

DEFENDANT                                                                                    Active Attorneys ▼
RHIMA INVESTMENTS, INC., D/B/A E-CARONE                                                      Lead Attorney
                                                                                             SAID, MOHAMMAD
Address                                                                                      Retained
REG AGENT: MOTAZ RHIMA
1875 N. INTERSTATE 35E
CARROLLTON TX 75006

## Events and Hearings

11/19/2018 NEW CASE FILED (OCA)

11/19/2018 ORIGINAL PETITION ▼

PLTF'S ORIGINAL PETITION

CIVIL CASE INFORMATION SHEET

   Comment
   STILL OWES $4 FOR CITATION AND COPY FEES IS SERVICE IS REQUESTED

11/28/2018 CORRESPONDENCE - LETTER TO FILE ▼

PLAINTIFFS REQUEST FOR ISSUANCE OF CITATION AND SERVICE OF CONSTABLE

   Comment
   PLAINTIFFS REQUEST FOR ISSUANCE OF CITATION AND SERVICE OF CONSTABLE

11/30/2018 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

01/11/2019 CORRESPONDENCE - LETTER TO FILE ▼

NOTE FOR $4.00 CITATION PAYMENT

LETTER TO REQUEST

   Comment
   $4.00 CITATION PAYMENT

01/14/2019 CITATION (SERVICE) ▼

Anticipated Server
CONSTABLE 1

Anticipated Method
Actual Server
CONSTABLE 1

Returned
01/22/2019

Anticipated Server
CONSTABLE 3

Anticipated Method
Actual Server
CONSTABLE 3

Returned
02/12/2019

01/22/2019 RETURN OF SERVICE ▼

RETURN OF SERVICE

   Comment
   CITATION SERVED ON 01/15/2019 @1:10PM

02/01/2019 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

02/01/2019 JURY DEMAND ▼

JURY DEMAND

   Comment
   JURY DEMAND

02/01/2019 JURY TRIAL DEMAND

02/11/2019 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER

02/12/2019 RETURN OF SERVICE ▼

RETURN OF SERVICE

   Comment
   CITATION WAS SERVED ON 1/29/2019 @3:09PM

02/18/2019 RESPONSE ▼

RESPONSE

CORRESPONSE LETTER TO FILE

CORRESPONSE LETTER TO FILE

Comment
DISCLOSURE

04/05/2019 MOTION - COMPEL ▼

MOTION TO COMPEL

PROPOSED ORDER TO COMPEL

Comment
RE: ARBITRATION W/ PROPOSED ORDER TO COMPEL

04/05/2019 NOTICE - HEARING ▼

NOTICE OF HEARING

04/08/2019 ORDER - MEDIATION ▼

ORDER - MEDIATION

04/08/2019 ORDER - SCHEDULING ▼

ORDER - SCHEDULING

04/09/2019 MOTION - ENTER ORDER ▼

EXHIBIT 1

EXHIBIT 2

MOTION TO ENTER ORDER

Comment
MOTION TO ENTER DISCOVERY AND DOCKET CONTROL PLAN

04/09/2019 NOTICE - HEARING ▼

NOTICE OF HEARING

04/18/2019 VACATION LETTER

04/19/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

1ST AMENDED ANSWER

Comment
1ST

04/23/2019 MOTION - COMPEL ▼

EXHIBIT

MOTION TO COMPEL

04/23/2019 NOTICE - HEARING ▼

NOTICE OF HEARING

04/26/2019 RESPONSE ▼

PLAINTIFFS' RESPONSE TO DEFENDANT RHIMA INVESTMENTS' MOTION TO COMPEL ARBITRATION

> Comment
> PLAINTIFFS' RESPONSE TO DEFENDANT RHIMA INVESTMENTS' MOTION TO COMPEL ARBITRATION

04/29/2019 MOTION - COMPEL ▼

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
09:30 AM

Result
CONTINUED

Comment
DANIELLA 972-789-1664

05/06/2019 SUPPLEMENTAL PETITION ▼

SUPPLEMENT TO PLAINTIFF'S ORIGINAL PETITION

05/08/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

SECOND AMENDED ANSWER

> Comment
> SECOND AMENDED

05/24/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

3RD AMENDED ANSWER

> Comment
> 3RD

05/28/2019 MOTION - MISCELLANEOUS ▼

EXHIBIT 1

EXHIBIT 2

EXHIBIT 3

MOTION OF DEFENDANT BMW OF NORTH AMERICA, LLC FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

  Comment
  MOTION OF DEFENDANT BMW OF NORTH AMERICA, LLC FOR ENTRY OF AMENDED DOCKET CONTROL ORDER W/ EXHIBITS 1-3

05/29/2019 NOTICE - HEARING ▼

NOTICE OF HEARING MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

  Comment
  MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

05/31/2019 RULE 11 AGREEMENT ▼

RULE 11 AGREEMENT

06/10/2019 MOTION - HEARING ▼

EXHIBIT 1

EXHIBIT 2

EXHIBIT 3

MOTION OF DEFENDANT BMW OF NORTH AMERICA, LLC FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
1:15 PM

Cancel Reason
REQUESTED BY JUDGE

Comment
MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER LAURA 210-503-6733

06/11/2019 NOTICE - HEARING ▼

NOTICE OF HEARING

06/12/2019 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

FOURTH AMENDED ANSWER

  Comment
  FOURTH AMENDED

06/12/2019 MOTION - LEAVE ▼

PROPOSED ORDER FOR LEAVE

MOTION FOR LEAVE

   Comment
   TO DESIGNATE JOHN/JANE DOE AS A RESPONSIBLE THIRD PARTY

06/12/2019 MOTION - LEAVE ▼

PROPOSED ORDER FOR LEAVE

MOTION FOR LEAVE

   Comment
   TO DESIGNATE JOSE D ALVARADO AS A RESPONSIBLE THIRD PARTY

06/17/2019 MOTION - HEARING ▼

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
02:45 PM

Result
HEARING HELD

Comment
MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER FILED 5/28/19 LAURA 210-503-6733

06/20/2019 NOTICE ▼

NOTICE OF JOINING DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION FOR LEAVE TO JOIN ADDITIONAL PARTY

   Comment
   NOTICE OF JOINING DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION FOR LEAVE TO JOIN ADDITIONAL PARTY

06/25/2019 ORDER - SCHEDULING ▼

ORDER - SCHEDULING

   Comment
   UNIFORM(LEVEL 2)

07/11/2019 MOTION - PARTIAL DISMISSAL ▼

MOTION FOR PARTIAL DISMISSAL

07/12/2019 RETURN OF SERVICE ▼

RETURN OF SERVICE

   Comment
   SUBPOENA SERVED ON 7/10/19 @ 3:30 PM

### 07/15/2019 RETURN OF SERVICE

RETURN OF SERVICE

Comment
SUBPOENA SERVED ON 7/13/19 @ 1:30 PM

### 07/17/2019 ORDER - SCHEDULING

ORDER - SCHEDULING

Comment
2ND AMENDED

### 07/25/2019 CORRESPONDENCE - LETTER TO FILE

REQUEST FOR THE ENTIRE CASE DOCUMENT AND CERTIFIED COPIES

Comment
REQUEST FOR THE ENTIRE CASE DOCUMENT AND CERTIFIED COPIES

### 07/26/2019 NOTICE - TAKE DEPOSITION

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

### 07/26/2019 NOTICE - TAKE DEPOSITION

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

### 07/26/2019 NOTICE - TAKE DEPOSITION

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

Comment
NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

### 05/12/2020 JURY TRIAL

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

Judicial Officer
MONTGOMERY, SALLY

Hearing Time
9:00 AM

## Financial

| | | | | |
|---|---|---|---|---|
| JARIWALA, BHUMI | | | | |
| Total Financial Assessment | | | | $281.00 |
| Total Payments and Credits | | | | $281.00 |
| 11/21/2018 | Transaction Assessment | | | $277.00 |
| 11/21/2018 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2018-14980 | JARIWALA, BHUMI | ($277.00) |
| 1/14/2019 | Transaction Assessment | | | $4.00 |
| 1/14/2019 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2019-00529 | JARIWALA, BHUMI | ($4.00) |
| JARIWALA, MANISH | | | | |
| Total Financial Assessment | | | | $180.00 |
| Total Payments and Credits | | | | $180.00 |
| 11/30/2018 | Transaction Assessment | | | $180.00 |
| 11/30/2018 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2018-15295 | JARIWALA, MANISH | ($180.00) |
| BMW OF NORTH AMERICA, LLC | | | | |
| Total Financial Assessment | | | | $590.00 |
| Total Payments and Credits | | | | $590.00 |
| 2/1/2019 | Transaction Assessment | | | $40.00 |
| 2/1/2019 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2019-01532 | BMW OF NORTH AMERICA, LLC | ($40.00) |
| 7/25/2019 | Transaction Assessment | | | $550.00 |
| 7/25/2019 | CREDIT CARD - | Receipt # CV-2019- | BMW OF NORTH | ($550.00) |

## Documents

PLTF'S ORIGINAL PETITION

CIVIL CASE INFORMATION SHEET

PLAINTIFFS REQUEST FOR ISSUANCE OF CITATION AND SERVICE OF CONSTABLE

NOTE FOR $4.00 CITATION PAYMENT

LETTER TO REQUEST

ISSUE CITATION

ISSUE CITATION

RETURN OF SERVICE

ORIGINAL ANSWER

JURY DEMAND

ORIGINAL ANSWER

RETURN OF SERVICE

RESPONSE

CORRESPONSE LETTER TO FILE

CORRESPONSE LETTER TO FILE

MOTION TO COMPEL

PROPOSED ORDER TO COMPEL

NOTICE OF HEARING

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

ORDER - MEDIATION

ORDER - SCHEDULING

EXHIBIT 1

EXHIBIT 2

MOTION TO ENTER ORDER

NOTICE OF HEARING

1ST AMENDED ANSWER

EXHIBIT

MOTION TO COMPEL

NOTICE OF HEARING

PLAINTIFFS' RESPONSE TO DEFENDANT RHIMA INVESTMENTS' MOTION TO COMPEL ARBITRATION

SUPPLEMENT TO PLAINTIFF'S ORIGINAL PETITION

SECOND AMENDED ANSWER

3RD AMENDED ANSWER

EXHIBIT 1

EXHIBIT 2

EXHIBIT 3

MOTION OF DEFENDANT BMW OF NORTH AMERICA, LLC FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

NOTICE OF HEARING MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

RULE 11 AGREEMENT

NOTICE OF HEARING

FOURTH AMENDED ANSWER

PROPOSED ORDER FOR LEAVE

MOTION FOR LEAVE

PROPOSED ORDER FOR LEAVE

MOTION FOR LEAVE

NOTICE OF JOINING DEFENDANT BMW OF NORTH AMERICA, LLC'S MOTION FOR LEAVE TO JOIN ADDITIONAL PARTY

ORDER - SCHEDULING

MOTION FOR PARTIAL DISMISSAL

RETURN OF SERVICE

RETURN OF SERVICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

3 CCL#3 JURY TRIAL NOTICE

ORDER - SCHEDULING

REQUEST FOR THE ENTIRE CASE DOCUMENT AND CERTIFIED COPIES

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS

NOTICE OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS